IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARGARET E. BARBORKA, Personal** | * | Case No.  91137516 (MD) (1) |
| **Representative of the Estate of** | * | Case No. 93-3051 |
| **JAMES M. BARBORKA** | * | |
| **Now Deceased** | * | |
| | * | |
| **and** | * | |
| | * | |
| **MARGARET E. BARBORKA, Individually** | * | |
| **and as Surviving Spouse of** | * | |
| **JAMES M. BARBORKA** | * | |
| **Now Deceased** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **ACandS, INC.,  et al.** | * | |
| | * | |
| **Defendants** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

1.     On Motion of Dennis M. Barborka, for substitution in place of Margaret E. Barborka, Personal Representative of the Estate of James M. Barborka, now deceased, it appearing to the Court that the said Margaret E. Barborka was duly appointed Personal Representative of the Estate of James M. Barborka on June 12, 1995 by the Register of Wills for Baltimore County, Maryland; that Margaret E. Barborka died on February 12, 2003; that the claim asserted by her in this action was not thereby extinguished; and that Denis M. Barborka has been duly appointed Successor Personal Representative of the Estate of James M. Barborka and is qualified and is acting as such.

2.     On Motion of Dennis M. Barborka and Joan M. Perrott, for substitution in place of

Margaret E. Barborka, Surviving Spouse of James M. Barborka, now deceased, it appearing to the Court that the said Margaret E. Barborka died on February 12, 2003; that the claim asserted by her was not thereby extinguished; and that Dennis M. Barborka and Joan M. Perrott have been duly appointed Co-Personal Representatives of the Estate of Margaret E. Barborka, and are qualified and are acting as such.

**IT IS ORDERED,** that Dennis M. Barborka, Successor Personal Representative of the Estate of James M. Barborka, be substituted as Plaintiff herein in the place of Margaret E. Barborka, Personal Representative of the Estate of James M. Barborka, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Dennis M. Barborka and Joan M. Perrott, Co-Personal Representatives of the Estate of Margaret E. Barborka, be substituted as Plaintiffs herein in the place of Margaret E. Barborka, Surviving Spouse of James M. Barborka, now deceased, without prejudice to any proceedings heretofore had in this action and that the title of this action be amended accordingly.

_____
**JUDGE**

_____
**Date**