### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARGARET E. BARBORKA,** | * | **Case No. 91137516 (MD) (1)** |
| **Personal Representative of the Estate** | * | **Case No. 93-3051** |
| **of JAMES M. BARBORKA,** | * | |
| **Now Deceased, et ux.** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **AC&S, INC., et al.** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2005 a copy of Plaintiff's Motion to Substitute

Parties and Proposed Order, which were electronically filed in this case on November 1, 2005,

was mailed via first class mail, postage prepaid, to the following parties:

> John S. Cobb, Esquire
> North & Cobb
> 7313 York Road
> Towson, Maryland 21204
> Attorney for General Refractories Co.
>
> M. King Hill, III, Esquire
> Venable, LLP
> 210 Allegheny Avenue
> PO Box 5517
> Towson, Maryland 21204
> Attorney for Rapid American Corp.
>
> Geoffrey S. Gavit, Esquire
> Gavit & Datt
> 15850 Crabbs Branch Way, Ste. 180
> Rockville, Maryland 20850
> Attorney for J.H. France Refractories

Tom Radcliffe, Esquire
DeHay & Elliston, LLP
36 S. Charles Street,
13th Floor
Baltimore, Maryland 21201
Attorney for Viacom, Inc., Successor by Merger
     To CBS Corp.

Mauricio Barreiro, Esquire
15 E. Chesapeake Avenue
Towson, Maryland 21204
Attorney for Corhart Refractories Co.


                    **/s/**
                 ————————————————
                 **EVE E. PRIETZ**
                 **Bar No. 06071**
                 **Law Offices of Peter G. Angelos**
                 **A Professional Corporation**
                 **5905 Harford Road**
                 **Baltimore, Maryland 21214**
                 **(410) 426-3200**

                 **Attorney for Plaintiffs**